UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: LE-NATURE'S INC., COMMERCIAL LITIGATION<br>--------------------------------------------------<br>MANUFACTURERS AND TRADERS TRUST COMPANY, AS INDENTURE TRUSTEE,<br><br>               Plaintiff,<br><br>v.<br><br>WACHOVIA CAPITAL MARKETS, LLC, d/b/a WACHOVIA SECURITIES, WELLS FARGO SECURITIES, LLC, formerly known as or as successor to WACHOVIA CAPITAL MARKETS, LLC, and WACHOVIA BANK, NATIONAL ASSOCIATION,<br><br>               Defendants. | MDL No. 2021<br><br>Misc. Action No. 09-162<br><br>[S.D.N.Y. Civil Action No. 1:09-7573]<br><br>Judge Donetta W. Ambrose<br><br><u>ELECTRONICALLY FILED</u> |

### <u>ORDER</u>

AND NOW, this 26th day of October, 2009, upon consideration of the foregoing Agreed Motion to Extend Time for Plaintiff to Respond Defendants' Motion to Dismiss, it is hereby ORDERED, ADJUDGED and DECREED that said motion is GRANTED and that the Plaintiff is directed to file its response to Defendants' Motion to Dismiss within thirty (30) days of Defendants' filing of the same.

BY THE COURT:

*Donetta W. Ambrose*

_____, J.