IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE LE-NATURE'S INC. COMMERICAL LITIGATION | ) ) ) | MDL No. 2021 |
| _____ | ) | Misc. Action No. 09-162 |
| MARC S. KIRSCHNER, solely in his Capacity as the Liquidation Trustee of Le-Nature's Liquidation Trust, | ) ) ) | Civil Action No. 08-1518 |
| | ) | Senior Judge Donetta W. Ambrose |
| Plaintiff, | ) | |
| v. | ) ) | |
| WACHOVIA CAPITAL MARKETS, LLC d/b/a WACHOVIA SECURITES, et al., | ) ) ) | |
| Defendants, | ) ) | |
| v. | ) | |
| PASCARELLA & WKER , LLP, et al., | ) | |
| Third-Party Defendants. | | |

AMBROSE, District Judge

### ORDER OF COURT

The Court entered an Order of Dismissal on October 26, 2011 at ECF Docket No. [518]

which dismissed Wachovia, Pascarella & Wiker, Ernst & Young, K&L Gates and BDO USA from

this action. The Order further dismissed all claims asserted by and against the Wachovia Defendants.

Accordingly, the following Motions are hereby dismissed as MOOT:

(1) Third-Party Defendant K&L Gates LLP's Motion for Judgment on the Pleadings (ECF Docket No. [434]);

(2) Wachovia Defendants' Motion to Supplement or Amend Answer (ECF Docket No. [466]); and

(3) Wachovia Defendants' Motion for Judgment on the Pleadings (ECF Docket No. [467]).

By the Court:
/s/ Donetta W. Ambrose
Donetta W. Ambrose
Senior Judge, U.S. District Court